| | | |
|---|---|---|
| 3525 PRYTANIA STREET CONDOMINIUM ASSOCIATION, INC. | * | NO. 2023-CA-0077 |
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| PRYTANIA INVESTMENT PROPERTIES, LLC AND NARINDER GUPTA | * | STATE OF LOUISIANA |
| | * | |

\* \* \* \* \* \* \*

*RDJ*  JOHNSON, J., CONCURS IN THE RESULT.